# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2386
LT Case No. 2020-CP-000227

———————————————

MICHAEL SCARBOROUGH and
PATRICIA SCARBOROUGH,

     Appellants,

     v.

JANE PRONOVOST, as GUARDIAN
of BERNADINE LANZANO, and as
SUCCESSOR TRUSTEE of the
LANZANO FAMILY TRUST, DATED
DECEMBER 21, 2006, as
AMENDED et al.,

     Appellees.

———————————————

On appeal from the Circuit Court for Seminole County.
John Galluzzo, Judge.

Steven H. Kane, of Kane and Koltun, Maitland, and Richard S. Geller and Eric Jontz, of Fishback Dominick, Winter Park, for Appellants.

H. Kyle Fletcher, Jr., of Fletcher Law Firm, P.A., Oviedo, and Heather C. Kirson and Kate L. Wakeman, of The Elder Law Center of Kirson & Fuller, Orlando, for Appellees.

March 26, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, JAY, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____